**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NY 10178**

(212) 808-7800

WASHINGTON, DC
CHICAGO, IL
HOUSTON, TX
LOS ANGELES, CA
SAN DIEGO, CA
PARSIPPANY, NJ
STAMFORD, CT
BRUSSELS, BELGIUM

AFFILIATE OFFICE
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

BARBARA E. HOEY
DIRECT LINE: (212) 808-7628
EMAIL: bhoey@kelleydrye.com

August 1, 2019

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re: **Sidanov v. Magellan Healthcare, Inc. et al; 19-cv-05375-PAE**

Your Honor:

We represent Defendants, Magellan Healthcare, Inc.[1] and Joann Harris (collectively "Defendants") in the above-referenced matter. Counsel for Plaintiff joins in this letter.

Plaintiff's counsel advised just yesterday that Plaintiff intends to file an Amended Complaint later this week. Thus, the parties have conferred and agreed that Defendants should not respond to the **current** Complaint on August 5, 2019, the date our Answer is currently due.

Pursuant to Rule 1(E) of Your Honor's Individual Rules, we write to request an extension of time to answer or otherwise respond to the (anticipated) Amended Complaint to September 13, 2019. The reason for this extension is that defense counsel will be out of the office when that Answer would have been due. Plaintiff's counsel consents to this request. This is the first request for an extension of time to answer or otherwise respond to the Amended Complaint.

We thank Your Honor for your consideration of this matter.

Respectfully submitted,

*/s/ Barbara E. Hoey*
Barbara E. Hoey

cc: Jonathan Shalom (via ECF)
Emre Polat (via Email)

---

[1] While Plaintiff has named Magellan Healthcare, Inc. in the Complaint, Plaintiff's employer was "Magellan Health Inc."