# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NY 10178**

(212) 808-7800

WASHINGTON, DC
CHICAGO, IL
HOUSTON, TX
LOS ANGELES, CA
SAN DIEGO, CA
PARSIPPANY, NJ
STAMFORD, CT
BRUSSELS, BELGIUM
AFFILIATE OFFICE
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

BARBARA E. HOEY
DIRECT LINE: (212) 808-7628
EMAIL: bhoey@kelleydrye.com

November 27, 2019

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:   Sidanov v. Magellan Healthcare, Inc. et al; 19-cv-05375-PAE

Your Honor:

We represent Defendants, Magellan Healthcare, Inc.[1] ("Magellan") and JoAnn Harris (collectively "Defendants") in the above-referenced matter.

Pursuant to Rule 1(E) of Your Honor's Individual Rules, we write to request an adjournment of the initial conference currently scheduled for December 12, 2019. No prior requests have been made related to the date of December 12, 2019. A prior request was made by Plaintiff to adjourn the conference, when previously scheduled for October 15, 2019, which was granted.

We have consulted with Plaintiff's counsel, who consents to this request. Counsel for the parties are currently available on December 17, December 19 and December 23, should those dates be convenient for the Court.

We thank Your Honor for your consideration of this matter.

Respectfully submitted,

*Barbara Hoey*
Barbara E. Hoey

cc:   All counsel (via ECF)

---

[1] To the extent any of Plaintiff's allegations in the Amended Complaint are asserted against Defendant Magellan as Plaintiff's employer, Defendant Magellan denies that it was Plaintiff's employer.

Granted.  The conference will be adjourned until December 17, 2019 at 9:30 a.m.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

December 2, 2019