UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GALINA SIDANOV,<br><br>          Plaintiff,<br>      -v-<br><br>MAGELLAN HEALTHCARE, INC., et al.,<br><br>          Defendants. | 19 Civ. 5375 (PAE)<br><br>NOTICE: CHANGE<br>OF COURTROOM |

PAUL A. ENGELMAYER, District Judge:

The parties are hereby notified that the December 17, 2019 conference in this case, scheduled for 9:30 a.m., will be held at the **Daniel Patrick Moynihan U.S. Courthouse, located at 500 Pearl Street, in Courtroom 14D**. This is a change of courtroom only.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 16, 2019
   New York, New York