UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GALINA SIDANOV, <br><br> Plaintiff, <br><br> -v- <br><br> MAGELLAN HEALTHCARE, INC., et al., <br><br> Defendants. | 19 Civ. 5375 (PAE) <br><br> ORDER |

PAUL A. ENGELMAYER, District Judge:

For the reasons provided at today's conference, the parties are directed to file, by Thursday, December 19, 2019, a new case management plan that proposes fact discovery ending in approximately five months.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: December 17, 2019
New York, New York