AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| GALINA SIDANOV <br> *Plaintiff* <br> v. <br> MAGELLAN HEALTHCARE INC. and JOANN HARRIS <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 19-cv-05375-PAE <br> ) <br> ) <br> ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Susan Cartier
Bureau of Litigation, Room 2438, Corning Tower
Albany, New York 12237

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached Appendix

| Place: Kelley Drye & Warren LLP <br> 101 Park Avenue <br> New York, New York 10178 | Date and Time: <br> 03/01/2020 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 01/30/2020     Approved: Paul A. Engelmayer 2/3/20

*CLERK OF COURT*

OR

_____     _____
*Signature of Clerk or Deputy Clerk*     *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Magellan Healthcare, Inc. and JoAnn Harris, who issues or requests this subpoena, are:

Barbara Hoey, Kelley Drye & Warren LLP, 101 Park Avenue, New York, NY 10178, bhoey@kelleydrye.com, (212) 808-7628.

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).