UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GALINA SIDANOV,

                Plaintiff,

      -v-

MAGELLAN HEALTHCARE, INC., et al.,

                Defendants.

19 Civ. 5375 (PAE) (SLC)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On October 23, 2020, the Court issued an order addressing an email that the Court received from plaintiff Galina Sidanov, Dkt. 52, and by separate order referred the case to Judge Cave for pretrial supervision, Dkt. 51. The Court understands that Ms. Sidanov is proceeding *pro se* but has not filed a notice of appearance or otherwise provided the Court with her address and contact information. However, the Court ordered plaintiff to provide defense counsel with her contract information by July 10, 2020. Dkt. 50.

Defense counsel is directed to file with the Court plaintiff's contact information. Defense counsel is further directed to serve upon plaintiff a copy of the Court's orders at dockets 51 and 52 and this order and to file forthwith an affidavit confirming such service.

SO ORDERED.

                                          *Paul A. Engelmayer*
                                          PAUL A. ENGELMAYER
                                          United States District Judge

Dated: October 26, 2020
         New York, New York